Signal Hill Oil Corporation of Illinois, Appellant, v. Haynes-Thomas Drilling Corporation et al., Defendants. Haynes-Thomas Drilling Corporation and Charles Burke, Appellees.

opinion filed May 26, 1944; rehearing denied August 28, 1944. Lord, Bissell & Kadyk, for appellant; Spaulding F. Glass and John F. Shallenberger, of counsel; Howard Martin, William A. Miller and Alfred S. Pfaff, for appellees. Opinion by JUSTICE BRISTOW. Not to be published in full.